United States District Court
Southern District of Texas
**ENTERED**
July 26, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| YVONNE RIOS, INDIVIDUALLY AND AS NEXT FRIEND OF ANDREW RIOS, ALFREDO RIOS, DIESEL RIOS AND LONDON RIOS, MINOR CHILDREN | ) ) ) ) ) | CIVIL ACTION NUMBER |
| VS. | ) ) | M-12-363 |
| CARROLL DARWIN BIRKEY | ) | |

## ORDER FOR DISBURSEMENT

Before the Court is Plaintiff Yvonne Rios' Letter Motion to Disburse Funds (Docket Entry No. 25) on behalf of Minor Plaintiff Andrew Gonzales, incorrectly identified as "Andrew Rios" by the Plaintiff in the style and pleadings in this case, which the Court will consider as an application for withdrawal of funds ordered held and invested by the Clerk of this Court for the benefit of "Andrew Rios". The Court, after considering said motion, as well as the information and documents provided which properly identify "Andrew Rios" as Andrew Gonzales, and the Amended Final Judgment entered by this Court on May 5, 2014, is of the opinion that said motion should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that the Clerk disburse and deliver to Andrew Gonzales the principal amount of Twenty-Five Thousand, Five Hundred Ninety-Five and No/100 Dollars ($25,595.00), plus accrued interest, held in the Court's Registry for the use and benefit of "Andrew Rios".

The proceeds shall be sent to the following address:

>Andrew Gonzales
>3151 Regal Drive, Apt. A
>Edinburg, Texas 78539

DONE this 26th day of July, 2018, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE



2